UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JEFFREY A. SARVER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 1:06-cv-625-SEB-VSS |
| MARTY TALBERT, et al., | ) ) ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The schedule established in the Entry of July 3, 2006, is **vacated.**

2. This cause is **dismissed for failure to prosecute.** This disposition is based on the plaintiff's failure to keep the court informed of his change of address and his present address.

3. Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 07/14/2006

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana