UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JEFFREY A. SARVER,<br><br>        Plaintiff,<br><br>vs.<br><br>MARTY TALBERT, et al.,<br><br>        Defendants. | 1:06-cv-625-SEB-VSS |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 07/14/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Douglas B. Bates
STITES & HARBISON, LLP
dbates@stites.com

Bruce Benjamin Paul
STITES & HARBISON, LLP
bpaul@stites.com

Jeffrey A. Sarver
915789
Howard County Criminal Justice Center
1800 W. Markland Ave.
Kokomo, IN 46901